# *UNITED STATES DISTRICT COURT*

## *DISTRICT OF ARIZONA*

United States of America

v.

Issac Lorenzo Rodriquez

No. 22-8361 MJ

**CRIMINAL COMPLAINT**

**(Filed Under Seal)**

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 2251(a) and 2251(e); 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2); and 18 U.S.C. § 2256, offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

AUTHORIZED BY: Gayle Helart / Brett A. Day, AUSAs GAYLE HELART Digitally signed by GAYLE HELART Date: 2022.10.14 13:22:48 -07'00'

SA Candace M. Rose, FBI
Name of Complainant

Signature of Complainant

Subscribed and sworn electronically

October 14, 2022 at Phoenix, Arizona
Date City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

**ATTACHMENT A**

**DESCRIPTION OF COUNTS**

**COUNT 1**

On about September 6, 2022, in the District of Arizona, Defendant ISSAC LORENZO RODRIQUEZ did attempt to knowingly employ, use, persuade, entice, induce and coerce a minor, that is, Jane Doe, age 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2256.

**COUNT 2**

On about September 11, 2022, in the District of Arizona, Defendant ISSAC LORENZO RODRIQUEZ did attempt to knowingly employ, use, persuade, entice, induce and coerce a minor, that is, Jane Doe, age 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and

did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2256.

**COUNT 3**

On about September 13, 2022, in the District of Arizona, Defendant ISSAC LORENZO RODRIQUEZ did attempt to knowingly employ, use, persuade, entice, induce and coerce a minor, that is, Jane Doe, age 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2256.

**COUNT 4**

On about September 21, 2022, in the District of Arizona, Defendant ISSAC LORENZO RODRIQUEZ did attempt to knowingly employ, use, persuade, entice, induce and coerce a minor, that is, Jane Doe, age 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct knowing and having reason to know that the visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce and mailed if the visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and mailed, and

did attempt to do so.

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2256.

**COUNT 5**

On or about September 17, 2022, in the District of Arizona, and elsewhere, Defendant ISSAC LORENZO RODRIQUEZ did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions distributed were in a social media platform. The visual depictions had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

IMG_0268.JPG

IMG_0278.JPG

In violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

**COUNT 6**

On or about September 19, 2022, in the District of Arizona, and elsewhere, Defendant ISSAC LORENZO RODRIQUEZ did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions distributed were in a social media platform. The visual depictions had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

328D0E3E-D856-4994-94F8-CB9EAE94F8F9.jpeg

In violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

**COUNT 7**

On or about September 21, 2022, in the District of Arizona, and elsewhere, Defendant ISSAC LORENZO RODRIQUEZ did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct. The visual depictions distributed were in a social media platform. The visual depictions had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

F070BFC7-C8A1-4059-A936-D0B3E191B9A7.jpeg

In violation of Title 18, United States Code, Sections 2252(a)(2), 2252(b)(1), and 2256.

**COUNT 8**

Between on or about September 17, 2022 to September 21, 2022, in the District of Arizona, and elsewhere, Defendant ISSAC LORENZO RODRIQUEZ did knowingly possess and knowingly access with intent to view visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed with intent to view by Defendant ISSAC LORENZO RODRIQUEZ were contained on a cellular telephone. The visual depictions on the cellular telephone had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

IMG_0268.JPG

IMG_0278.JPG

328D0E3E-D856-4994-94F8-CB9EAE94F8F9.jpeg

F070BFC7-C8A1-4059-A936-D0B3E191B9A7.jpeg

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), 2252(b)(2), and 2256.

**STATEMENT OF PROBABLE CAUSE**

**IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Candace M. Rose, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**INTRODUCTION**

The facts of this case, as more fully detailed herein, are that on dates between September 17, 2022 and September 27, 2022, a Wickr user with a username of "sanchez.adrian@my.com" was a member of a Wickr Group (referred to in this affidavit as "Group A"). An undercover Special Agent (SA) with the Federal Bureau of Investigation (FBI) was part of this Group and observed members post videos and images depicting the sexual exploitation and/or abuse of children. The undercover SA also engaged in direct communication with "sanchez.adrian@my.com" on Wickr. On September 17, 2022, "sanchez.adrian@my.com" indicated that he was in contact with two active child pornography producers on Telegram and Instagram. The user "sanchez.adrian@my.com" sent Child Sexual Abuse Material (CSAM) directly to the undercover SA. He indicated that he received the CSAM directly from the producers and he posted the CSAM in "Group A."

The user "sanchez.adrian@my.com" stated that one of the producers was in Chicago and that he had sent the producer in Chicago panties for the victim, whom he believed to be toddler aged. This information was corroborated, a suspect in Chicago was arrested, and a two-year-old girl was rescued.

Agents were able to obtain the sales transaction for the panties and it showed that the purchaser was ISSAC RODRIQUEZ. Through direct communication with the undercover SA, "sanchez.adrian@my.com" indicated that he lived in Phoenix and worked as a landscaper. A review of communications between the Chicago suspect and who is believed to be the Phoenix subject via the Telegram application showed that the Phoenix subject stated his real name is "ISSAC." Investigative steps identified an IP Address believed to be associated with the Wickr user "sanchez.adrian@my.com" and an IP Address used to purchase the panties which were sent to the Chicago suspect. Both of these IP Addresses resolved to the Lumen Technologies

residential account in the name of Ernesto Rodriguez at 2308 East Chipman Road, Phoenix, Arizona 85040. Record checks identified that ISSAC LORENZO RODRIQUEZ also resides at the house and is employed by a landscaping company.

In this affidavit, I believe there is probable cause to believe that ISSAC LORENZO RODRIQUEZ produced or attempted to produce child pornography in violation of 18 U.S.C. §§ 2251(a) and 2251(e); and distributed child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); and possessed child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2); and 18 U.S.C. § 2256.

## PRELIMINARY BACKGROUND INFORMATION

1. I am a Special Agent with the FBI assigned to the Phoenix Division. I have been so employed for eighteen years and I am specifically assigned to conduct investigations pursuant to the FBI's Innocent Images National Initiative (IINI), which focuses on crimes where computers and the Internet are used in the sexual exploitation of children. I am responsible for conducting federal and international investigations relating to crimes involving the sexual exploitation of children. I have received basic, advanced, and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents.

## DETAILS OF THE INVESTIGATION

2. Between at least September 17, 2022 and September 27, 2022, an undercover Special Agent (SA) with the Federal Bureau of Investigation (FBI) was part of a Wickr chat group, hereinafter referred to as Group A. [The actual name of the group is known to your affiant but is being redacted in order to protect other ongoing investigations]. Group A was comprised of members who appeared to have a sexual interest in children primarily between the ages of zero to four years old. Participants in this chat group shared images and videos that contained Child Sexual Abuse Material (CSAM). An individual utilizing the Wickr username "sanchez.adrian@my.com" was a member of Group A.

14. On approximately September 17, 2022, "sanchez.adrian@my.com" sent the undercover SA

images of a toddler aged female wearing only panties, or panties over a diaper. The characters depicted on the panties in some of these images appear to be from the show/books "Peppa Pig." He (sanchez.adrian@my.com) indicated that he received the images from a person in Chicago (SUBJECT 1). He (sanchez.adrian@my.com) stated he was communicating with SUBJECT 1 in Chicago on Telegram, and he (sanchez.adrian@my.com ) had sent the panties to SUBJECT 1 through Amazon. During the same communication, "sanchez.adrian@my.com" stated that he lives in Arizona and does landscaping and tree trimming. He then asked the undercover SA if he saw the nudes of her from last week that he shared in the group. Then, "sanchez.adrian@my.com" proceeded to send the undercover SA the images, which can be described as follows (**Count 5**):

a) IMG_0268.JPG: This image depicts a toddler aged female who is nude and laying on her back. There is a diaper under her bottom, but it is pulled down. Her legs are spread apart, exposing her genitalia.

b) IMG_0278.JPG: This image depicts the close-up of an adult male penis that is pulled through his underwear or shorts. There is a child size hand touching the penis.

3. On approximately September 19, 2022 (**Count 6**), "sanchez.adrian@my.com" sent the undercover SA images which contained CSAM and stated they were sent to him from an individual he identified as "Luna's dad" (SUBJECT 2). One of the images can be described as follows:

a) 328D0E3E-D856-4994-94F8-CB9EAE94F8F9.jpeg: This image depicts the close up of a prepubescent minor female's genitalia. Her legs are spread and a part of a diaper can be seen under her bottom. An adult male is pushing his penis against her genitalia. Based on size and appearance, and lack of genitalia development, the child appears to be under the age of two.

4. On September 19, 2022, at approximately 4:19 p.m., UTC, the undercover SA sent a web link to "sanchez.adrian@my.com" and requested his opinion on the items to see if the girl in Chicago would like a particular item. The link contained a publicly available tool which captured an IP Address that resolved to the Phoenix area. The identified IP Address was 97.124.245.78, which belongs to Lumen Technologies (formerly CenturyLink).

5. On September 20, 2022, Lumen Technologies responded to a subpoena requesting subscriber information for the IP Address 97.124.245.78 during the relevant date/time. They advised the IP address belonged to the residential account in the name of Ernesto Rodriguez at 2308 E. Chipman Rd., Phoenix, AZ 85040.

6. On September 21, 2022, "sanchez.adrian@my.com" sent a direct message to the undercover SA with the message "Guess what Chicago boy sent me this morning." The image can be described as follows (**Count 7**):

a) F070BFC7-C8A1-4059-A936-D0B3E191B9A7.jpeg: This image depicts the close up of the buttocks of what appears to be a child. The child's diaper or pull-up is pulled down, exposing his/her buttocks. There is a pair of pink panties over the diaper or pull-up which is also pulled down. There is a white substance, consistent with the appearance of ejaculate, in between the child's buttocks.

7. During the direct communication on September 21, 2022, "sanchez.adrian@my.com" confirmed that he was communicating with SUBJECT 1 on Telegram. He then provided the address for SUBJECT 1 as 3511 W. 61st St. Chicago, IL 60629. This is the shipping address used for the panties sent for the child in Chicago.

8. Law enforcement officers in Chicago arrested SUBJECT 1 and identified the two-year-old female child (VICTIM 1) that he was molesting and using to produce CSAM. The investigation is ongoing. As part of their investigation, they reviewed SUBJECT 1's phone. Chicago authorities advised that SUBJECT 1 was in communication via Telegram with username "@omar91zx," display name "Omar Smith." In these communications, which occurred between approximately July 30, 2022 and September 22, 2022, "@omar91zx" sent numerous images and videos of CSAM to SUBJECT 1 and requested images and videos of VICTIM 1. SUBJECT 1 sent numerous images and videos of CSAM to "@omar91zx" as well as images and videos depicting VICTIM 1. The two discussed engaging in sex acts with each other and with VICTIM 1.

a) On September 6, 2022, (**Count 1**) the two had the following conversation:

@omar91zx: Can you take a pic

SUBJECT 1: Sends an image depicting VICTIM 1 wearing only a diaper

@omar91zx: Yes

Can you pull her diaper down

SUBJECT 1: I can't right now there's people around

@omar91zx: Maybe later

SUBJECT 1: But my dick is hard though

@omar91zx: Mine too

Can you take a pic of her butt

I see a wet spot

SUBJECT 1: Sends an image where toddler sized hands can be seen pulling the waist band of pants/shorts away from an adult male, exposing pink underwear. Based on the clothing and blankets in the picture, this image appears to be taken at or around the same time as the image described above in paragraph 14(b).

@omar91zx: She wants it

Pull it out

SUBJECT 1: Yep she does

@omar91zx: I want to see her hands around it

Make a quick vid of her rubbing it

SUBJECT 1: I'll do that later on tonight

@omar91zx: Ok I have a good vid for you

I want to see her naked

On your cock

SUBJECT1: I will and what kind of video is it

@omar91zx: It's two actually [sends two images depicting the close up of foreign objects anally penetrating a toddler sized female, whose genitalia is exposed. What appears to be an adult sized hand is holding the objects. The child has what appears to be a diaper rash.

9. SUBJECT 1 and @omar91zx discuss how @omar91zx will purchase panties for VICTIM 1 and send them to SUBJECT 1. On September 11, 2022, @omar91zx sent SUBJECT 1 a

screenshot of the order/purchase of "Peppa Pig Girls' Underwear Multipacks," size 2T-3T. He then sent a screenshot of the Amazon purchase of the underwear with the order details. At the top of the screenshot, it says "Deliver to Issac – Chicago 60629". The Telegram user "@omar91zx" then messaged, "That's my real name." SUBJECT 1 wrote, "You never told me what's your real name." The user @omar91z wrote, "Not safe to give your real name lol." "I am Omar here Mason on instagram but Issac is my real name. Now you know."

10. On September 11, 2022, @omar91zx sent a video that was eleven seconds in length to SUBJECT 1. The video depicted a small child whose face nor genitalia could be seen. The child was on their side on what appeared to be a bed with Hello Kitty sheets. The child's diaper was unattached and under the child's body. An adult male masturbates and ejaculates on the child's hip area. The two commented (**Count 2**):

@omar91zx: Baby girl [emoji with tongue out]

SUBJECT 1: She will like that on her she likes it when I do it to her

@omar91zx: Can you take a pic like that later

SUBJECT 1: Sure I'll try

@omar91zx: Thank you

SUBJECT 1: You're welcome

11. On September 13, 2022 (**Count 3**), @omar91zx and SUBJECT 1 engage in the following conversation:

@omar91zx: Daddy want pics of baby girl
Hopefully tonight want to see her naked

SUBJECT 1: I will try don't forget I need to try to be careful

@omar91zx: Understandable
Mmmmm
More can I see her face

SUBJECT 1: She's moving around so much but she's wearing the underwear if you got her

@omar91zx: Let me see

Take a vid

SUBJECT 1: She's not letting me she keeps putting the covers over her

@omar91zx: Record under the covers

More

SUBJECT 1: I can't somebody almost came in the bedroom when I was trying to take another picture

@omar91zx: Do it when they leave

Can you make a short vid love to her face

They look sexy on her

SUBJECT 1: Do you want to come all over her beautiful face

@omar91zx: Yes

Does she like them

@omar91zx: Can you take pics

Daddy is hard

Mmmmm

Send me more

She is so sexy in her new panties

SUBJECT 1: I will try but I have to be careful

@omar91zx: Ok

Just a few more babe

SUBJECT 1: Sends an image of what is believed to be VICTIM 1. The child's face cannot be seen. She is wearing Peppa Pig underwear over a diaper. Her legs are spread apart and there is a purple beaded object inserted in the crotch area of the diaper.

@omar91zx: More

Can you pull her diaper to the side

So I can see her puss

SUBJECT 1: I will try

@omar91zx: Ok

Mmmm is that in her puss

Can you make a vid

SUBJECT 1: I can't the lights bothering her when I put it on

12. On September 21, 2022, @omar91zx asks SUBJECT 1, "Did you take pics last night?" SUBJECT 1 sent an image, which is the same as the one described in paragraph 18(a) above. The following conversation ensued (**Count 4**):

@omar91zx: Mmmm

You did it

More ?

SUBJECT 1: Yep I did that last night when she was sleeping

@omar91zx: Mmmmm

What about her puss

SUBJECT 1: No I didn't do that yet probably later on tonight

@omar91zx: Take pics if you can

SUBJECT 1: Ok

13. Your affiant served a subpoena on Amazon requesting information on the order associated with the screenshot of the purchase made by @omar91zx. They responded that the item Peppa Pig Girls' Underwear Multipacks was purchased on September 11, 2022 from the customer account in the name of ISSAC RODRIQUEZ, billing address 2308 E. Chipman Rd., Phoenix, AZ 85040, billing phone number (602) 684-6531. The IP Address used to make the purchase was 97.124.226.77. The shipping address was in the name ISSAC RODRIQUEZ at 3511 W. 61st Street, Chicago, IL 60629.

14. On October 6, 2022, your affiant served a subpoena on Lumen Technologies for subscriber information related to IP Address 97.124.226.77. Lumen Technologies responded that the IP Address belonged to the residential account in the name of Ernesto Rodriguez at 2308 E. Chipman Rd., Phoenix, AZ 85040.

15. A review of Arizona Motor Vehicle Department (AZMVD) records showed that ISSAC LORENZO RODRIQUEZ, Year of Birth (YOB) 1996, utilizes 2308 E. Chipman Road, Phoenix,

AZ 85040 on his driver's license.

16. A review of Arizona wage records showed that ISSAC LORENZO RODRIQUEZ is employed by Progressive Landscapes.

17. A search of Maricopa County Assessor records shows that Castro Ernesto Rodriguez is the current owner of 2308 E. Chipman Road, Phoenix, AZ 85040.

18. On October 12, 2022 and October 13, 2022, ISSAC LORENZO RODRIQUEZ was observed departing the residence at 2308 E. Chipman Road on a bicycle at approximately 5:30 a.m. On October 12, 2022, he had a backpack with him. He was wearing what appeared to be work attire. For the past week, ISSAC LORENZO RODRIQUEZ has been observed returning to the residence at approximately 3:30 p.m.

**CONCLUSION**

19. Based on the foregoing, I believe that there is probable cause to arrest ISSAC LORENZO RODRIQUEZ that he knowingly produced or attempted to produce child pornography in violation of 18 U.S.C. §§ 2251(a) and 2251(e); and distributed child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); and possessed child pornography in violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2); and 18 U.S.C. § 2256, all of which occurred within the District of Arizona.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Candace M. Rose
Special Agent
Federal Bureau of Investigation

Sworn to before me telephonically this 14th day of October, 2022.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge